UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.                                      Case No. 8:24-cv-112-TPB-SPF

ALATI FOOD & DRINK II INC., et al.,

    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on January 23, 2025. (Doc. 21). Judge Flynn recommends that "Plaintiff's Motion for Default Judgment" (Doc. 19) be granted in part and denied in part. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed,

a court reviews the report and recommendation for clear error.  *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Flynn's well-reasoned report and recommendation, the Court adopts the report and recommendation.  Consequently, Plaintiff's motion for final default judgment is granted in part and denied in part.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  The report and recommendation (Doc. 21) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)  "Plaintiff's Motion for Final Default Judgment" (Doc. 19) is **GRANTED IN PART** and **DENIED IN PART**, as set forth in the report and recommendation.

(3)  The Clerk is directed to enter a final default judgment in favor of Plaintiff Joe Hand Promotions, Inc. and against Defendants Alati Food & Drink II Inc. and Timothy Spyratos, jointly and severally, in the total amount of $8,035.00, consisting of $1,500.00 in statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II); $4,500.00 in enhanced statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii); $1,500.00

in attorney's fees; and $535.00 in costs.

(4)     Following the entry of judgment, the Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>13th</u> day of February, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE